Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 31

**IP Address:** 162.84.240.68  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 62D4CB835B984AEF6FE3FAF6BB2260561B54E7CA | 06/16/2025 18:41:08 | Blacked Raw | 06/15/2025 | 06/20/2025 | PA0002536525 |
| 2 | 8EB4B7FB387E3A2014D1BD930F886CA8FBD6A7DC | 06/16/2025 18:38:41 | Blacked | 06/12/2025 | 06/20/2025 | PA0002536510 |
| 3 | E768A9BAD3C6E8F3E362D0BF11B0B3F6FACA61A9 | 06/10/2025 08:15:24 | Blacked | 06/07/2025 | 06/09/2025 | PA0002534205 |
| 4 | 3328972252AE118DF3DA683B4F7FDB3FC3516F9D | 06/08/2025 09:58:13 | Blacked Raw | 06/05/2025 | 06/09/2025 | PA0002534197 |
| 5 | 5CF8255E60213ED4203AB3B1D2261162A4051110 | 06/04/2025 05:21:51 | Blacked | 06/02/2025 | 06/09/2025 | PA0002534208 |
| 6 | CCE5359FA5DCC5631C2609B75A84CBDB340EFEB0 | 06/01/2025 11:03:59 | Blacked | 05/28/2025 | 06/09/2025 | PA0002534209 |
| 7 | 0665D2791B5EE9303D8CC4FC502A007DC2FCB1E2 | 05/27/2025 16:43:44 | Blacked | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 8 | FE2ED6E721C3F65B2C8C0FA131C1CB319AEFC3BA | 05/27/2025 15:25:43 | Blacked Raw | 05/26/2025 | 06/09/2025 | PA0002534204 |
| 9 | FDC91F08BC3401DEBA1123F718B190F05BA236D0 | 05/19/2025 11:42:55 | Blacked | 05/18/2025 | 05/20/2025 | PA0002531774 |
| 10 | 38440DDB1E129CA92627BE618E27A6CC5F8B26B0 | 05/17/2025 17:53:25 | Blacked Raw | 05/16/2025 | 05/21/2025 | PA0002531832 |
| 11 | 60FF58E66BAF760EA7A1D9913287CC5A9460B0F1 | 05/07/2025 14:52:45 | Blacked Raw | 05/06/2025 | 05/20/2025 | PA0002531797 |
| 12 | 7E1AEBD921556C6CC5D1822D0231B151646A5291 | 05/04/2025 18:30:21 | Blacked | 05/03/2025 | 05/23/2025 | PA0002532331 |
| 13 | B842E345423DB7DAD1BA9725C6DEB207FC3960D5 | 04/29/2025 22:18:48 | Blacked | 04/28/2025 | 05/20/2025 | PA0002531773 |
| 14 | ACD062A2C66C4931F171CE0C12A32BA7DB9BBF01 | 04/28/2025 13:38:02 | Wifey | 04/26/2025 | 05/21/2025 | PA0002531827 |
| 15 | BB885585855FF75FCAF99BA26CCCC340FE8CC49A | 04/23/2025 11:32:38 | Blacked Raw | 04/21/2025 | 05/23/2025 | PA0002532327 |
| 16 | 52917BBCE64E34535DDBDCE589574CA73C8DB7E4 | 04/19/2025 21:24:48 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 07A8EBD63E03214489557B45AA3C7729593ABCD9 | 04/19/2025 21:02:53 | Blacked | 04/18/2025 | 04/22/2025 | PA0002527059 |
| 18 | DCB19C2E02D8E87A1595AD36944118CA6924659D | 04/17/2025 20:54:39 | Blacked Raw | 04/16/2025 | 04/22/2025 | PA0002527007 |
| 19 | 92EABF533CB839354031B340B7E4261475085955 | 04/10/2025 11:43:40 | Blacked Raw | 04/22/2024 | 05/07/2024 | PA0002469678 |
| 20 | 70570136698A95E850464C3AB467C18DDB715E28 | 04/10/2025 07:53:38 | Blacked Raw | 04/06/2025 | 04/22/2025 | PA0002526951 |
| 21 | 6D13B269DCA95FEAD74DFFBF80EB930E4615F0EE | 04/09/2025 15:18:39 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |
| 22 | 4F87F6679BF70F4DD8134C5D58C2D2118AB45C17 | 04/04/2025 22:16:00 | Blacked | 04/03/2025 | 04/22/2025 | PA0002526946 |
| 23 | 546BDE52A27D1079D4F556E8F94EA895F785F623 | 03/15/2025 16:51:21 | Blacked | 03/14/2025 | 03/25/2025 | PA0002521742 |
| 24 | 282EA4C59AB717B4D9D7E7BEB8D867DDCDE81A96 | 03/10/2025 16:22:22 | Blacked | 03/09/2025 | 03/25/2025 | PA0002521745 |
| 25 | B4770BEE6838CF3B98807C16B8788CE96D0C6E84 | 03/08/2025 09:57:16 | Blacked Raw | 03/07/2025 | 03/25/2025 | PA0002521733 |
| 26 | E710F694D320770111B18927236E3E50B3F855BE | 02/28/2025 01:19:36 | Blacked | 02/27/2025 | 03/25/2025 | PA0002521748 |
| 27 | 1086A26D055126D4B437CA7D1E59D8DA0BA7FFE9 | 02/23/2025 12:28:09 | Blacked | 02/22/2025 | 03/25/2025 | PA0002521832 |
| 28 | A5EAAF4FE9C4B19D0371B7ED3D5457FF8F57225A | 02/21/2025 06:21:28 | Blacked Raw | 02/20/2025 | 03/25/2025 | PA0002521746 |
| 29 | 83A36D2B88CDB302101E4924D798C61D6CDF0BAE | 02/11/2025 01:02:06 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 30 | A56DD5C2C44CBF32F14140AFBB4FABE61267B1C3 | 02/03/2025 20:59:41 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 31 | 32590AE731D18AB5BEE26309D34663639FF8ED67 | 01/27/2025 09:46:46 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |